**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA ZAROWITZ, Derivatively On Behalf of PFIZER, INC., | x : **Civil Action No. 04 CV 10075 (RCC)** : |
| Plaintiff, | : **PLAINTIFF CLARK'S RESPONSE TO** : **CONSOLIDATION AND LEADERSHIP** |
| vs. | : |
| HENRY A. MCKINNELL, WILLIAM C. STEERE, JR., JEAN-PAUL VALLES, MICHAEL S. BROWN, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, GEORGE A. LORCH, DANA G. MEAD and RUTH J. SIMMONS | : : : : : : : : : |
| Defendants, | : |
| - and - | : |
| PFIZER, INC. a Delaware corporation, | : |
| Nominal Defendant. | : x |
| MARVIN FREEMAN, Derivatively On Behalf of PFIZER, INC., | : **Civil Action No. 04 CV 10085 (RWS)** : |
| Plaintiff, | : |
| vs. | : |
| HENRY A. MCKINNELL, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY, III, CONSTANCE HORNER, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, GEORGE A. LORCH, DANA | : : : : : |

| | |
|---|---|
| G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, WILLIAM C. STEERE, JR., JEAN-PAUL VALLÈS, DAVID SHEDLARZ, KAREN KATEN and JEFFREY B. KINDLER | : : : : : |
| Defendants, | : : |
| - and - | : : |
| PFIZER, INC. a Delaware corporation, | : : |
| Nominal Defendant. | : : |
| DORIS STAEHR, Derivatively On Behalf of PFIZER, INC., | : : : | **Civil Action No. 04 CV 10096 (MGC)** |
| Plaintiff, | : : |
| vs. | : : |
| HENRY A. MCKINNELL, KAREN L. KATEN, DAVID L. SHEDLARZ, PETER B. CORR, CONSTANTINE L. CLEMENTE, WILLIAM C. STEERE, JR., JOHN F. NIBLACK, JEFFREY P. KINDLER, ROBERT N. BURT, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, GEORGE A. LORCH, ALEX J. MANDL, MICHAEL I. SOVERN, MICHAEL S. BROWN, M. ANTHONY BURNS, W. DON CORNWELL, STANLEY O. IKENBERRY, DANA G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLÈS, HARRY P. KAMEN, GEORGE B. HARVEY, THOMAS G. LABRECQUE and DOES 1-25, inclusive, | : : : : : : : : : : : : : : : |
| Defendants, | : : |
| - and - | : : |
| PFIZER, INC. a Delaware corporation, | : : |
| Nominal Defendant. | : : |
| GAIL FINK, Derivatively On Behalf of PFIZER, INC., | : : : | **Civil Action No. 04 CV 10098 (RWS)** |
| Plaintiff, | : : |
| vs. | : : |
| HENRY A. MCKINNELL, KAREN L. KATEN, DAVID L. SHEDLARZ, PETER B. CORR, CONSTANTINE L. CLEMENTE, | : : : |

| | |
|---|---|
| WILLIAM C. STEERE, JR., JOHN F. NIBLACK, JEFFREY P. KINDLER, ROBERT N. BURT, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, GEORGE A. LORCH, ALEX J. MANDL, MICHAEL I. SOVERN, MICHAEL S. BROWN, M. ANTHONY BURNS, W. DON CORNWELL, STANLEY O. IKENBERRY, DANA G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, HARRY P. KAMEN, GEORGE B. HARVEY, THOMAS G. LABRECQUE and DOES 1-25, inclusive, | : : : : : : : : : : : : : : |
| Defendants, | : : |
| - and - | : |
| PFIZER, INC. a Delaware corporation, | : : |
| Nominal Defendant. | : : |
| JAMES BAKER, Derivatively On Behalf of PFIZER, INC., | **Civil Action No. 04 CV 10118 (SAS)** |
| Plaintiff, | |
| vs. | |
| HENRY A. MCKINNELL, KAREN L. KATEN, DAVID L. SHEDLARZ, PETER B. CORR, CONSTANTINE L. CLEMENTE, WILLIAM C. STEERE, JR., JOHN F. NIBLACK, JEFFREY P. KINDLER, ROBERT N. BURT, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, GEORGE A. LORCH, ALEX J. MANDL, MICHAEL I. SOVERN, MICHAEL S. BROWN, M. ANTHONY BURNS, W. DON CORNWELL, STANLEY O. IKENBERRY, DANA G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, HARRY P. KAMEN, GEORGE B. HARVEY, THOMAS G. LABRECQUE and DOES 1-25, inclusive, | |
| Defendants, | |
| - and - | |
| PFIZER, INC. a Delaware corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| SANFORD FLINKER and SYLVIA G. FLINKER, Derivatively On Behalf of PFIZER, INC.,<br><br>                Plaintiff,<br><br>   vs.<br><br>HENRY A. MCKINNELL, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY, III, CONSTANCE HORNER, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, GEORGE A. LORCH, DANA G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, WILLIAM C. STEERE, JR., JEAN-PAUL VALLÈS, DAVID SHEDLARZ, KAREN KATEN and JEFFREY B. KINDLER<br><br>                Defendants,<br><br>   - and -<br><br>PFIZER, INC. a Delaware corporation,<br><br>              Nominal Defendant. | x **Civil Action No. 04 CV 10141** |
| ARKANSAS CARPENTERS PENSION FUND, Derivatively On Behalf of PFIZER, INC.,<br><br>                Plaintiff,<br><br>   vs.<br><br>HENRY A. MCKINNELL, KAREN L. KATEN, DAVID L. SHEDLARZ, PETER B. CORR, CONSTANTINE L. CLEMENTE, WILLIAM C. STEERE, JR., JOHN F. NIBLACK, JEFFREY P. KINDLER, ROBERT N. BURT, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, GEORGE A. LORCH, ALEX J. MANDL, MICHAEL I. SOVERN, MICHAEL S. BROWN, M. ANTHONY BURNS, W. DON CORNWELL, STANLEY O. IKENBERRY, DANA G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLÈS, HARRY P. KAMEN, GEORGE B. HARVEY, THOMAS G. LABRECQUE and DOES 1-25, inclusive,<br><br>              Defendants, | x **Civil Action No. 04 CV 10257** |

|  |  |
|---|---|
| - and - | : |
|  | : |
| PFIZER, INC. a Delaware corporation, | : |
|  | : |
| Nominal Defendant. | : |
|  | : |
|  | x |

| | |
|---|---|
| MARILYN CLARK, Derivatively On Behalf of PFIZER, INC., | : **Civil Action No. 05 CV 00051 (NRB)** |
| Plaintiff, | : |
| vs. | : |
| HENRY A. MCKINNELL, KAREN L. KATEN, DAVID L. SHEDLARZ, PETER B. CORR, CONSTANTINE L. CLEMENTE, WILLIAM C. STEERE, JR., JOHN F. NIBLACK, JEFFREY P. KINDLER, ROBERT N. BURT, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, GEORGE A. LORCH, ALEX J. MANDL, MICHAEL I. SOVERN, MICHAEL S. BROWN, M. ANTHONY BURNS, W. DON CORNWELL, STANLEY O. IKENBERRY, DANA G. MEAD, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, HARRY P. KAMEN, GEORGE B. HARVEY, THOMAS G. LABRECQUE and DOES 1-25, inclusive, | : |
| Defendants, | : |
| - and - | : |
| PFIZER, INC. a Delaware corporation, | : |
| Nominal Defendant. | : |
|  | x |

I.       **RESPONSE**

Plaintiff Clark filed the eighth of eight shareholder derivative actions brought on behalf of Pfizer, Inc. ("Pfizer") against certain of its officers and directors for their mismanagement of the company. Two groups of plaintiffs have moved for the consolidation of these actions and appointment of their suggested leadership structure. In the interest of brevity, plaintiff Clark offers the following as her position on these issues: First, plaintiff Clark supports consolidation of all of the actions; Second, plaintiff Clark supports the leadership structure proffered by plaintiffs Zorowitz, Staehr, Fink and Arkansas Carpenters Pension Fund.

DATED: February __, 2005                LASKY & RIFKIND LTD.
                                        LEIGH LASKY


                                        _____
                                        LEIGH LASKY

                                        100 Park Avenue, 12th Floor
                                        New York, New York 10017
                                        Telephone: 212/907-0800
                                        Facsimile: 212/684-6083

                                        REICH & BINSTOCK
                                        PAUL T. WARNER
                                        4265 San Felipe, Suite 1000
                                        Houston, TX  77027
                                        Telephone: 713/622-7271
                                        Facsimile:  713/623-8724

                                        Attorneys for Plaintiff